Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR 04-261 JLR |
| | ) |
| v. | ) **ORDER CONTINUING TRIAL DATE** |
| | ) |
| JAMES ARTHUR O'MARA, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

THIS MATTER having come before the Court on the Stipulated Motion of the parties to continue the trial date and the Court having considered the files and records herein

IT IS HEREBY ORDERED

That the trial date is hereby extended from April 25, 2006 to June 20, 2006.

IT IS FURTHER ORDERED

**ORDER CONTINUING TRIAL DATE** - 1

That the time period between April 25, 2006 and June 30, 2006 is excludable time pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(8)(A), for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 11th day of April, 2006.

                                    s/James L. Robart
                                    _____
                                    THE HONORABLE JAMES ROBART
                                    U.S. District Court Judge

Presented by:

ZULAUF & CHAMBLISS

By _____/s/_____
      Jon R. Zulauf - WSBA 6936

Agreed to by Stipulation, Approved as to form,
Notice of Presentation Waived

UNITED STATES ATTORNEY
John R. McKay

By _____
      Vincent Lombardi - WSBA 21967
      Assistant U.S. Attorney
      (by telephone authority)